1  Thomas P. Gmelich, Esq., State Bar No. 166562
   *tgmelich@bglawyers.com*
2  Lena J. Marderosian, Esq., State Bar No. 102782
   *lmarderosian@bglawyers.com*
3  BRADLEY & GMELICH
   700 North Brand Boulevard, 10th Floor
4  Glendale, California 91203-1422
   Telephone: (818) 243-5200
5  Facsimile: (818) 243-5266

6  Attorneys for Defendants, RGB HOLDINGS, LLC
   d/b/a/ J. RACENSTEIN COMPANY, a Delaware
7  limited liability company,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| J.B. PAINTING & WATERPROOFING, INC., a Florida Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RGB HOLDINGS, LLC d/b/a/ J. RACENSTEIN COMPANY, a Delaware limited liability company, and BIO-CLEAN PRODUCTS, a California company, ROBERT HARBORTH, an individual, and JERRY DAVALLE, and individual,<br><br>Defendants. | Case No. CV12-06084R (PJW)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: October 31, 2012<br>Current Response Date: November 21, 2012<br>New Response Date: December 5, 2012<br><br>Discovery Cutoff: None Set<br>Motion Cutoff: None Set<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, J.B. PAINTING & WATERPROOFING, INC. ("Plaintiff") and Defendant, RGB HOLDINGS, LLC d/b/a/ J. RACENSTEIN COMPANY ("Racenstein") by and through their respective counsel of record, hereby stipulate to the following:

Pursuant to the Local Rules of the United States District Court, Central District of California, Rule 8-3, Defendant, RGB HOLDINGS, LLC d/b/a/

---

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

J. RACENSTEIN COMPANY shall have up to and including December 5, 2012 to answer or otherwise respond to Plaintiff's complaint.

IT IS SO STIPULATED.

Dated: 11/21, 2012

STEARNS, ROBERTS, GUTTENTAG & ZELMER, P.A.

By: _____
Michael E. Stearns, Esq.
Attorneys for Plaintiff, J.B. PAINTING & WATERPROOFING, INC.
Appearing Pro Hac Vice

Dated: November 21, 2012

LAW OFFICES OF JAMES M. DONOVAN

By: _____
Michael J. Glenn, Esq.
Attorneys for Plaintiff, J.B. PAINTING & WATERPROOFING, INC.

Dated: 11/21, 2012

BRADLEY & GMELICH

By: _____
Thomas P. Gmelich, Esq.
Lena J. Marderosian, Esq.
Attorneys for Defendant, RGB HOLDINGS, LLC d/b/a/ J. RACENSTEIN COMPANY

2
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30DAYS (L.R. 8-3)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, California 91203.

On November 21, 2012, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested parties in this action as follows:

| | |
|---|---|
| Michael E. Stearns, Esq.<br>Stearns, Roberts, Guttentag & Zelmer, P.A.<br>1000 Sawgrass Corporate Parkway, Ste. 552<br>Fort Lauderdale, Florida 33323<br>954-382-9199; Fax: 954-382-9063<br>mes@stearnsroberts.com<br>*Attorneys for Plaintiff, J.B. Painting & Waterproofing, Inc.*<br>Appearing Pro Hac Vice | Michael J. Glenn, Esq.<br>La Offices of James M. Donovan<br>915 Wilshire Boulevard, Suite 1610<br>Los Angeles, California 90017<br>213-629-4861; 213-689-8784<br>mglenn@thedonovanoffices.com<br>*Attorneys for Plaintiff, J.B. Painting & Waterproofing, Inc.* |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Bradley & Gmelich's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 21, 2012, at Glendale, California.

*Tish Garcia*
Tish Garcia

---

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)